UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __143__

-------------------------------------------------

Ming Yen Hou

USCA NO. _____

SDNY NO. __98cv1518__
JUDGE: __LBS__
DATE: __7/24/ 2007__

-v-

NYC Environmental

-------------------------------------------------

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS                                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( √ ) Original Record                          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __24th__ Day of __July__, 2007.

**United States District Court for
the Southern District of New York**

-------------------------------------------------------

Ming Yen Hou

-V-

NYC Environmental

-------------------------------------------------------

Date: 7/24 / 2007

U.S.C.A. # _____

U.S.D.C. # __98cv1518__

D.C. JUDGE __LBS__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __142__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | **BALANCE OF FILES MISSING AT THIS TIME** |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __24th__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CASREF, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:98-cv-01518-LBS
### Internal Use Only

Hou v. NYC Environmental
Assigned to: Judge Leonard B. Sand
Referred to: Magistrate Judge Henry B. Pitman (Settlement)
Demand: $0
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/02/1998
Date Terminated: 07/02/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/1998 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c); FILING FEE $150.00. RECEIPT # 309669. (em) (Entered: 03/04/1998) |
| 03/02/1998 | | Magistrate Judge Henry B. Pitman is so Designated. (em) (Entered: 03/04/1998) |
| 03/04/1998 | 2 | Affidavit of service as to NYC Environmental by legal dept on 3/4/98 Answer due on 3/24/98 for NYC Environmental (cd) (Entered: 03/12/1998) |
| 03/24/1998 | 3 | Filed Memo Endorsement on letter to Judge Sand from Leonard Kaplan, dated 3/20/98, reset answer, on consent, due for 5/25/98 for NYC Environmental ( signed by Judge Leonard B. Sand ) (cd) (Entered: 03/25/1998) |
| 03/30/1998 | 4 | APPLICATION by Ming Yen Hou for the Court to request counsel (jp) (Entered: 03/31/1998) |
| 04/01/1998 | 5 | Filed Memo-Endorsement on letter addressed to Judge Sand from Ming Yen Hou, dated 3/28/98; treating pltff's letter of 3/28/98 as an application for the appointment of pro bono counsel, the application is granted and the case is referred to the Pro Se Clerk for that purpose ( signed by Judge Leonard B. Sand ) (emil) (Entered: 04/02/1998) |
| 04/02/1998 | | Memo endorsed on motion; granting [4-1] motion for the Court to request counsel. The case is referred to the Pro Se Clerk. (signed by Judge Leonard B. Sand); Copies mailed. (djc) (Entered: 04/03/1998) |
| 05/15/1998 | 6 | NOTICE OF MOTION by NYC Environmental for an order dismissing the complaint on the grounds that if fails to state a claim upon which relief may be granted ; declaration in support is attached; Return date 6/18/98. (kw) (Entered: 05/18/1998) |
| 05/15/1998 | 7 | MEMORANDUM by NYC Environmental in support of [6-1] motion for an order dismissing the complaint on the grounds that if fails to state a claim upon which relief may be granted. (kw) (Entered: 05/18/1998) |
| 05/26/1998 | 8 | AFFIRMATION in opposition of Ming Yen Hou by Ming Yen Hou Re: [6-1] motion for an order dismissing the complaint on the grounds that if fails to state a claim upon which relief be granted (ls) Modified on 05/28/1998 (Entered: 05/28/1998) |
| 05/26/1998 | 9 | AFFIRMATION in opposition of Ming Yen Hou by Ming Yen Hou Re: [7-1] support memorandum (ls) (Entered: 05/28/1998) |
| 08/24/1998 | 10 | MEMORANDUM AND ORDER, denying in its entirety [6-1] motion for an order dismissing the complaint on the grounds that it fails to state a claim upon which relief may be granted; Parties are ordered to submit a proposed discovery schedule w/in 30 days of the date of this Memorandum and Order ( signed by Judge Leonard Sand ); Copies mailed (ae) Modified on 08/26/1998 (Entered: 08/25/1998) |
| 08/24/1998 | | Memo endorsed on motion, doc. #6; motion denied as per opinion of this date ( signed by Judge Leonard B. Sand ); Copies mailed. (sac) (Entered: 08/25/1998) |
| 08/31/1998 | 11 | Filed Memo-Endorsement on letter to Judge Sand from Leonard Kaplan dated 8/26/98, defendant requests a ruling on its Rule 8 request and requests that the Court modify its Order with regard to submission of a discovery schedule so that a schedule be submitted 30 days after defendant answers the complaint. Defendant's Rule 8 request is denied. A discovery schedule is to be submitted thirty (30) days after defendant answers the complaint ( signed by Judge Leonard B. Sand ) (kw) (Entered: 09/02/1998) |
| 10/28/1998 | 12 | ANSWER to Complaint by NYC Dept. of Environmental Protection (Attorney Leonard Kaplan). (jp) Modified on 11/02/1998 (Entered: 10/30/1998) |
| 11/03/1998 | 13 | NOTICE OF MOTION by Ming Yen Hou for an order, to amend the deft's answer in recognition of all the exhibits of pltff's complaint ; for an order, for deft's atty to keep any claims to dismiss pltff's complaint out of the "Answer", the "Answer" should be just to answer the complaint ; for an order, that all the "Depositions" will be conducted by Audio tape method in the court house ; Return date not indicated. (sac) (Entered: 11/04/1998) |
| 12/07/1998 | | Pre-trial conference held before Judge Sand (jp) (Entered: 12/29/1998) |
| 12/08/1998 | 14 | ORDER denying as moot [13-1] motion for an order, to amend the deft's answer in recognition of all the exhibits of pltff's complaint; denying [13-2] motion for an order, for deft's atty to keep any claims to dismiss pltff's complaint out of the "Answer", the "Answer" should be just to answer the complaint; denying on consent of the parties [13-3] motion for an order, that all the "Depositions" will be conducted by Audio tape method in the court house. ( signed by Judge Leonard B. Sand ); Copies mailed (kw) (Entered: 12/08/1998) |
| 12/08/1998 | | Memo endorsed on motion; denying [13-1] motion for an order, to amend the deft's answer in recognition of all the exhibits of pltff's complaint, denying [13-2] motion for an order, for deft's atty to keep any claims to dismiss pltff's complaint out of the "Answer", the "Answer" should be just to answer the complaint, denying [13-3] motion for an order, that all the "Depositions" will be conducted by Audio tape method in the court house. Denied following conference this date ( signed by Judge Leonard B. Sand ); Copies mailed. (cd) (Entered: 12/08/1998) |
| 12/08/1998 | 15 | ORDER placing case on suspense docket. The parties consented to postponing any trial until 6/01 to allow the plntf to gather funds to retain an attorney. The parties are to advise the Court of the status of this action on 1/1/01 ( signed by Judge Leonard B. Sand ) (cd) (Entered: 12/09/1998) |

| Date | # | Description |
|---|---|---|
| 03/02/1999 | 16 | Filed Memo-Endorsement on letter to Judge Sand from Ms. Ming Yen Hou dated 2/25/99; reset response to request for production of documents due for 4/22/99 ; reset answers to interrogatories due for 4/22/99; ( signed by Judge Leonard B. Sand ) (ls) (Entered: 03/02/1999) |
| 05/07/1999 | 17 | AFFIRMATION by Ming Yen Hou (djc) (Entered: 05/11/1999) |
| 05/07/1999 | 18 | NOTICE OF MOTION by Ming Yen Hou; to compel production of documents, to compel answers to interrog's. ; return date not indicated (ls) (Entered: 05/11/1999) |
| 05/11/1999 | 19 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial/After Initial Case Management Conference held by District Judge. ( signed by Judge Leonard B. Sand ); Referred to Magistrate Judge Henry B. Pitman (sac) (Entered: 05/11/1999) |
| 07/06/1999 | 20 | ORDER; a conference having been held on 6/16/99 during which plntf's motion to compel production of documents and deft's disvoery disputes were discussed, for the reasons stated on the record in open court, as further stated in this document ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (cd) (Entered: 07/06/1999) |
| 08/24/1999 | 21 | NOTICE OF MOTION by Ming Yen Hou; for an order setting a second status conference ; for an order compelling defts to comply w/ Court Orders ; return date not indicated; attached: Affirmation of Ming Yen Hou (ls) (Entered: 08/25/1999) |
| 09/23/1999 | 22 | ORDER; pltff's motion for "correction" or supplementation of deft's personnel rosters is denied ; granting [21-2] motion for an order compelling defts to comply w/ Court Orders. Deft shall produce these documents within 20 days of the date of this Order ; deft's application for a protective order concerning these documents is denied ; pltff's motion for the production of evaluations of other employees of deft is denied ; pltff's motion to compel production of additional portions of the file concerning the E.E.O.C. complaints of Ms. Huang is denied upon deft's representation that all responsive documents in its possession, custody or control have been produced. Within 30 days of the date of this Order, counsel for deft shall provide pltff with an estimate of the costs to assemble and copy the daily sign-in sheets for the period from 1994 through 1999. Within 30 days of the date of this Order, deft shall either admit the accuracy of the promotion lists for associate chemist and chemist trainee annexed to the complaint or shall provide accurate copies of such lists. If deft is unable to comply with either of these options because the information is no longer available to it, it shall provide an affidavit describing the efforts it has made to obtain the information and attesting to the fact that the information is unavailable. Since this Order disposes of the issues raised in pltff's motion dated 8/21/99 (doc. #21), the Clerk of the Court is directed to mark such motion as being closed. ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (sac) (Entered: 09/23/1999) |
| 10/18/1999 | 23 | Memo-Endorsement on letter addressed to Judge sand from Ms. Ming Yen Hou, dated 10/13/99, plaintiff requests that the conference scheduled for 10/22/99 be canceled; Judge Pitman continues to have jurisdiction over this case in all respects and plaintiff may not unilaterally "disqualify" a judge . (signed by Judge Leonard B. Sand); Copies mailed. (ri) Modified on 10/21/1999 (Entered: 10/20/1999) |
| 10/19/1999 | 24 | DECLARATION of Leonard Kaplan by NYC Environmental in opposition Re: plntf's objections to various discovery rulings of Mag Judge Pitman and in oposition to plntf's reqeust that mag Judge Pitman be disqualified (cd) (Entered: 10/21/1999) |
| 10/25/1999 | 25 | Objection(s) by Ming Yen Hou to the Orders of Magistrate Judge Henry B. Pitman. (emil) (Entered: 10/27/1999) |
| 10/25/1999 | 26 | ORDER, no later than 30 days from the date of this Order, the deft shall either (1) confirm the accuracy of the promotion list published in the Chief Leader on 8/25/99 that is annexed to plntf's complaint as further set forth in this document ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (cd) (Entered: 10/27/1999) |
| 10/25/1999 | 28 | NOTICE OF APPEAL by Ming Yen Hou ; from [0-0] relief, [0-0] motion endorsed Objections overruled and rulings of Magistrate Judge Pitman are affirmed . Copies of notice of appeal mailed to Attorney(s) of Record: Leonard Kaplan . $105.00 Appeal filing fee paid October 26, 1999 on receipt # E 358142. (dt) (Entered: 12/20/1999) |
| 10/29/1999 | | Memo endorsed on plaintiff's objections to the Orders of Mag. Judge Henry B. Pitman; Objections overruled and rulings of Magistrate Judge Pitman are affirmed . (signed by Judge Leonard B. Sand); Copies mailed. (djc) (Entered: 11/01/1999) |
| 11/23/1999 | 27 | Memo-Endorsement on letter addressed to Judge Sand from Alfredo Galan, Pro Se Clerk, dated 11/23/99, attached is a notice of appeal in the above captioned case, received by the Pro Se Office on 10/25/99. Plntf in this action wishes to take an interlocutory appeal from Your Honor's Memo Endorsement dated 10/18/99, which denied plntf's Request to disqualify Mag Judge Pitman: An interlocutory appeal would be frivalous and should not be certified. Apellant erroneously believes she has the right unilaterally to disqualify a magistrate. Certification denied ( signed by Judge Leonard B. Sand ); Copies mailed. (cd) (Entered: 11/29/1999) |
| 12/20/1999 | | Notice of appeal and certified copy of docket to USCA: [28-1] appeal by Ming Yen Hou ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 12/20/1999) |
| 12/21/1999 | 29 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [28-1] appeal by Ming Yen Hou. (dt) (Entered: 12/21/1999) |
| 12/21/1999 | | Indexed record on appeal files sent to the U.S.C.A. (dt) (Entered: 12/21/1999) |
| 02/09/2000 | 30 | MANDATE OF USCA (certified copy) Re: Dismissed. [28-1] appeal by Ming Yen Hou, it is ORDERED that said appeal be and hereby is dismissed. (99-9514) Karen Greve Milton, Acting Clerk, U.S.C.A. (mh) (Entered: 02/14/2000) |
| 03/22/2000 | 31 | NOTICE OF MOTION by Ming Yen Hou; for an order for the sign in sheets from 1994 to date, as the court intended to ; the defendant to answer the plaintiff's second combined set of interrogatories and requests for documents ; w/ attach. affirmation in support; Return date: not indicated (pl) (Entered: 03/24/2000) |
| 04/17/2000 | 32 | ORDER, that at the time plaintiff appears at the office of defendant's counsel for her deposition, she shall bring with her the original notebooks that she had in Court on April 13th for review by defendant's counsel; No later than 5/1/00, plaintiff shall submit a signed statement to defendant's counsel specifically identifying all documents in her possession, custody or control that were edited, changed, redacted, discarded, lost, or withheld, since the commencement of this litigation that relate to plaintiff's employment with the DEP. Plaintiff need not identify any scientific documents prepared in the ordinary course of her employment as a chemist. Immediately before plaintiff's signature, the statement shall provide "I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief." ; That upon receiving payment from plaintiff, defendant's counsel shall produce to plaintiff copies of the sign-in sheets that were previously discussed in Court ; In all other respects, all proceedings in this matter are stayed until 6/12/00 to permit plaintiff to retain counsel ; Both sides shall report for a status conference on 6/12/00 at 10:00 a.m. in Courtroom 6-A U.S. Courthouse, 500 Pearl Street, NY, NY 10007 . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (ri) (Entered: 04/18/2000) |
| 04/26/2000 | 33 | DECLARATION of Ming Yen Hou by Ming Yen Hou Re: the discovery process. (ri) (Entered: 04/27/2000) |

| | | |
|---|---|---|
| 05/04/2000 | 34 | ORDER; I am taking no action at this time concerning the discovery issues raised by pltff. The discovery issues that she has raised will be addressed in June, after pltff retains counsel or reports to the Court that she has been unable to retain counsel. Since pltff is proceeding pro se, I emphasize that I understand pltff has discovery issues that need to be addressed. However, since I believe that pltff would be greatly helped if she were able to retain counsel, I am putting off argument on pltff's discovery issues until June, 2000, in the hope that she will have counsel by that time. ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (sac) (Entered: 05/05/2000) |
| 06/14/2000 | 35 | NOTICE of attorney appearance for Ming Yen Hou by Robert N. Felix. (sn) (Entered: 06/16/2000) |
| 06/16/2000 | 36 | ORDER; that all pending discovery request and all pending applications by plaintiff concerning discovery are denied without prejudice to renewal. This Order does not affect discovery Orders previously issued in this case ; that no later than 30 days from the date of this Order, plaintiff shall serve a copy of his proposed amended complaint on counsel for defendant. Thereafter, counsel shall negotiate in good faith concerning the propriety of the proposed amended complaint. If an agreement concerning the proposed amended complaint is not reached, no later than 60 days from the date of this Order, plaintiff shall serve his motion to amend the complaint . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (pl) Modified on 06/22/2000 (Entered: 06/20/2000) |
| 06/22/2000 | 37 | NOTICE OF MOTION by Ming Yen Hou for Robert N. Felix to withdraw as attorney of record for pltff in this matter ; Return date not indicated. Declaration of Robert N. Felix in support of motion attached. (jp) (Entered: 06/23/2000) |
| 07/24/2000 | 38 | ORDER; granting [37-1] motion for Robert N. Felix to withdraw as attorney of record for pltff in this matter (Terminated attorney Robert N. Felix for Ming Yen Hou. Mr Felix has returned his files to pltff in Court, and he is relieved of all further responsibilities in this matter; pltff and counsel for deft shall report for a status conference at 10:00 a.m. on 8/31/00 ; no later than 8/24/00, the parties shall submit letters addressing any discovery or other issues that should be addressed at the 8/31/00 conference. As I stated on the record during the course of the 7/21/00 conference, discovery issues which have already been addressed on the merits cannot be raised again . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (jp) Modified on 07/27/2000 (Entered: 07/26/2000) |
| 08/14/2000 | 39 | NOTICE OF MOTION by Ming Yen Hou; for an order to renew the previousl motion dated 3/18/00 to amend the complaint ; w/ attch. affirmation in support; Return date: not indicated (pl) (Entered: 08/16/2000) |
| 08/14/2000 | 40 | SECOND DECLARATION of Ming Yen Hou. (pl) (Entered: 08/16/2000) |
| 10/04/2000 | | Record on appeal files (99-9514) returned from U.S. Court of Appeals: [28-1] appeal by Ming Yen Hou. (dt) (Entered: 10/04/2000) |
| 11/14/2000 | 41 | ORDER, within 30 days of the date of this Order, pltff shall serve and file her motion to amend the complaint; the motion shall be accompanied by pltff's proposed amended complaint ; for the remainder of this action, pltff shall not apply to the Clerk of the Court for the issuance of a subpoena nor shall she serve any subpoenas that have previously been issued by the Clerk of the Court; for the remainder of this action, pltff shall direct all of her applications for subpoenas directly to me ; in addition, the Clerk of the Court is directed not to issue any subpoena in this action at the request of the pltff; pltff shall send deft's counsel documents as set forth in this order ; pltff's motion to compel responses to the "supplemental interrogatories" set forth in her 8/14/00 affidavit is denied; pltff's motion to compel production of the sign-in sheets of Patel and Sarikhani is denied ; Deft shall respond to pltff's Second Combined Set of Interrogatories and Requests for Document as set forth in this order; Pltff's motion to compel further response sto her Second Combined Set of Interrogatories and Requests for Documents is denied; to the extent that the parties have already complied with any of the foregoing provisions, they need not do so again ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed by Chambers. (lam) (Entered: 11/21/2000) |
| 12/07/2000 | 42 | NOTICE of attorney appearance for Ming Yen Hou by Robert W. Ottinger. (jp) (Entered: 12/08/2000) |
| 12/07/2000 | 43 | Memo-Endorsement on letter addressed to Judge Pitman from Leonard Kaplan, dated 11/27/00. Re: defendant's request that the Court amend its order dated 11/9/00. Application denied. There is no assurance that plaintiff's counsel will remain in the case, moreover the disocvery ordered in my 11 - 9 order was enterely proper . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (kw) (Entered: 12/11/2000) |
| 12/11/2000 | 44 | NOTICE OF MOTION by Ming Yen Hou for leave to amend plaintiff's complaint ; Return date not indicated. w. Memorandum of Law in Support. (djc) (Entered: 12/12/2000) |
| 04/26/2001 | 45 | Letter filed by NYC Environmental addressed to Judge Pitman from Leonard Kaplan, dated 12/26/00, re: reply to plaintiff's December 22 response to defendant's opposition to plaintiff's motion for leave to amend her complaint, dated December 11, 2000, which she made by counsel. (djc) (Entered: 04/27/2001) |
| 04/26/2001 | 46 | MEMORANDUM OPINION AND ORDER #85523, denying [44-1] motion for leave to amend plaintiff's complaint. ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (kw) (Entered: 04/27/2001) |
| 05/14/2001 | 47 | NOTICE OF MOTION by Ming Yen Hou; for request to renew her proposal for amended complaint ; for sanctions ; for an order to get disciplinary documents of L. Maret as a matter of defense ; Return date not indicated. Attached is affirmation in support. (djc) (Entered: 05/16/2001) |
| 05/14/2001 | 48 | ANSWER/RESPONSE by Ming Yen Hou to the Declaration of Former Attorney Robert W. Ottinger. (djc) (Entered: 05/16/2001) |
| 05/17/2001 | 49 | ORDER, for Robert W. Ottinger to withdraw as attorney for pltnf ; Mr. Ottinger's fees are limited to $3,000.00 and he is directed to refund to Ms. Hou all funds received by him in excess of that amount ; reset all discovery due for 8/9/01 ; dispositive motions, if any, shall be served no later than 10/19/01; opposition to any dispositive motions shall be served no later than 11/30/01; reply papers in further support of any dispositive motion shall be served by no later than 12/21/01 ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (cd) Modified on 05/22/2001 (Entered: 05/21/2001) |
| 06/11/2001 | 50 | NOTICE OF APPEAL by Robert W. Ottinger, plaintiff's prior attorney, ; from [49-1] order for Robert W. Ottinger to withdraw as attorney for pltnf . Copies of notice of appeal mailed to Attorney(s) of Record: Ming Yen Hou. $105.00 Appeal Filing Fee paid 6/11/01 on receipt # E408434. (sb) Modified on 06/12/2001 (Entered: 06/12/2001) |
| 06/12/2001 | | Notice of appeal and certified copy of docket to USCA: [50-1] appeal ; Copy of notice of appeal sent to District Judge. (sb) (Entered: 06/12/2001) |
| 06/25/2001 | 51 | NOTICE OF MOTION by Ming Yen Hou for an order, granting pltff's request to grant her Interrogatories, (Set I thru VI, and Supplement to 5th Set of Interrogatories), and some Sets with Requests for Documents, and her Admission, Set IV ; Return date not indicated. (sac) (Entered: 06/28/2001) |

| Date | # | Description |
|---|---|---|
| 07/20/2001 | 52 | ORDER, that the time period within which discovery must be completed is extended to 11/31/01 , In addition, no later than 8/20/01, plaintiff's counsel is to advise Magistrate Judge Pitman whether he wishes to assert any of the issues currently raised in plaintiff's pending pro se motions to compel discovery. If plaintiff's counsel does not wish to press any of these issues, it is Magistrate Judge Pitman's intention to deny the motions without prejudice to renewal . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (tp) (Entered: 07/20/2001) |
| 07/25/2001 | 53 | NOTICE of attorney appearance for Ming Yen Hou by Kenneth W. Richardson. (kkc) (Entered: 07/30/2001) |
| 08/08/2001 | 54 | Memo-Endorsement on letter addressed to Judge Sand from Ming Yen Hou, dated 8/1/01. Re: Pltff has dismissed her new attorney; and requests an emergency conference, or to have Judge Pitman issue a written order to make her pro se again, with an extension of 4 months for discovery. Referred to Magistrate Judge Pitman . ( signed by Judge Leonard B. Sand ); Copies mailed. (Copy forwarded to Case Assignments Clerk) (sn) (Entered: 08/08/2001) |
| 08/20/2001 | 55 | MANDATE OF USCA WITHDRAWING APPEAL (certified copy) Re: withdrawing [50-1] appeal. Notice is hereby given that Robert W. Ottinger hereby withdraws his appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on the 11th day of May, 2001. Issued as Mandate: 8/17/01, 01-7694 Roseann B. MacKechnie, Clerk, U.S.C.A. (sb) (Entered: 08/21/2001) |
| 08/22/2001 | 56 | ORDER, regarding the Court's decision on various discovery disputes discussed at the 8/17/01 conference. The rulings resolve all the issues raised in plaintiff's Notice of Motion dated 5/14/01 (doc. #47) and plaintiff's notice of motion dated 6/25/01 (doc. #51). The Clerk of the Court is directed to mark these motions as closed . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (kw) (Entered: 08/24/2001) |
| 08/27/2001 | 57 | NOTICE OF OBJECTION TO RULING OF THE MAGISTRATE JUDGE by NYC Environmental for an Order pursuant to Rule 72(a) of the FRCP setting aside the Order of Magistrate Judge Henry Pitman dated 8/20/01, insofar as it precludes defendant from offering evidence at trial concerning why plaintiff was not given a key to Lefrak City Laboratory on a date earlier than the date on which she was actually given a key, and insofar as it further precludes defendant from offering evidence at trial to explain why plaintiff was not given the position of Associate Chemist I in 1990, 1992 or 1993 . Return date not indicated. Decaration of Leonard Kaplan is attached. (tp) Modified on 08/28/2001 (Entered: 08/28/2001) |
| 08/29/2001 | 58 | RESPONSE/REBUFF by Ming Yen Hou Re: Deft's Objection re 8/20/01 order (cd) (Entered: 09/05/2001) |
| 09/04/2001 | 59 | NOTICE OF MOTION by Ming Yen Hou for an order, granting pltff's request to get Court Order deft rescinding all the Five Subpoenas and impose penalties on deft's atty and lift the ban on pltff in using subpoenas ; Return date not indicated. Affirmation in support attached. (sac) (Entered: 09/06/2001) |
| 09/10/2001 | 60 | NOTICE OF MOTION by Ming Yen Hou for Court order on pltff's 7th Set of Interrogatories and her Supplement to 7th Set , for the cut off of discovery to be after deft's complete and proper compliance of all Court orders . No return date indicated. (sn) (Entered: 09/24/2001) |
| 10/04/2001 | 61 | Letter filed by Ming Yen Hou addressed to Honerable Judge Pitman from Ming Yen Hou, dated 9/30/01, re: rescheduled conference. (bai) (Entered: 10/10/2001) |
| 10/25/2001 | 62 | ORDER, regarding the Court's decision on various discovery and scheduling disputes ; denying [59-1] motion for an order, granting pltff's request to get Court Order deft rescinding all the Five Subpoenas and impose penalties on deft's atty and lift the ban on pltff in using subpoenas, and denying [57-1] motion for an Order pursuant to Rule 72(a) of the FRCP setting aside the Order of Magistrate Judge Henry Pitman dated 8/20/01, insofar as it precludes defendant from offering evidence at trial concerning why plntiff was not given a key to Lefrak City Laboratory on a date earlier than the date on which she was actually given a key, and insofar as it further precludes defendant from offering evidence at trial to explain why plaintiff was not given the position of Associate Chemist I in 1990, 1992 or 1993; defendant's time to respond to all discovery obligations which are still outstanding, is extended to 60 days from the date of this Order, without prejudice to an application for further extension; the current discovery cut-off of 11/30/01 is adjourned sine die for the same reason. No later than 30 days from the date of this Order, defendant's counsel shall provide an update to the Court concerning when he will have access to his office and his records in this case . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (kw) (Entered: 10/26/2001) |
| 11/05/2001 | | Memo endorsed on Notice of Objection to Ruling of the Magistrate Judge, Doc. #57; deft moves before this Court to set aside the Order of Mag. Judge Pitman dated 8/20/01, insofar as it precludes deft from offering evidence at trial concerning why pltff was not given a key to the Lefrak City Laboratory on a date earlier than the date on which she was actually given a key and why pltff was not given the position of Associate Chemist I in 1990, 1992 or 1993. For the reasons stated herein, the motion is denied . ( signed by Judge Leonard B. Sand ); Copies mailed. (sn) (Entered: 11/06/2001) |
| 11/28/2001 | 63 | Memo-Endorsement on letter addressed to Mag. Judge Pitman from Leonard Kaplan, dated 11/19/01; that counsel is directed to provide an updated report by 12/31/01 . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (pl) (Entered: 12/03/2001) |
| 12/17/2001 | 64 | Memo-Endorsement on letter addressed to Judge Sand from Ming Yen Hou, dated 12/8/01, insofar as plntf's submission of 12/8/01 contains objections to the prior rulings of Mag Judge Pitman, those objections are overrruled. Insofar as said submission raises new matters, they are resectfully referred to Mag Judge Pitman ( signed by Judge Leonard B. Sand ); Copies mailed. (cd) (Entered: 12/18/2001) |
| 12/20/2001 | 65 | Memo-Endorsement on letter addressed to Judge Sand from Ms. Ming Yen Hou, dated 12/17/01; referring case to Magistrate Judge Henry B. Pitman. ( signed by Judge Leonard B. Sand ); Copies mailed. (sac) (Entered: 12/21/2001) |
| 01/10/2002 | 66 | Memo-Endorsement on letter addressed to Magistrate Judge Pitman from Leonard Kaplan, dated 12/27/01; counsel is directed to provide an updated status report by 1/31/02. ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (sac) (Entered: 01/14/2002) |
| 01/14/2002 | 67 | Memo-Endorsement on letter addressed to Judge Sand from Ms. Ming Yen Hou, dated 1/5/02; referring case to Magistrate Judge Henry B. Pitman . ( signed by Judge Leonard B. Sand ); Copies mailed. (sac) (Entered: 01/15/2002) |
| 01/29/2002 | 68 | NOTICE OF MOTION by Ming Yen Hou requesting the Court to order defendant to complete their compliance of an order dated 8/20/01, and order defendant to answer plaintiff's amended seventh set and its supplement and related issues . Return date 3/28/02. (bai) (Entered: 01/31/2002) |
| 03/13/2002 | 69 | NOTICE of attorney appearance for Ming Yen Hou by Kaiser J. Daniel. (bai) (Entered: 03/18/2002) |
| 04/10/2002 | 70 | ORDER, pltff's notice of motion to compel discovery dtd 1/27/02 is denied without prejudice ; Counsel are directed to report for a status conference for 2:00 p.m. on 6/4/02 in Courtroom 6-A, US Courthouse, 500 Pearl St., NY, NY 10007. Counsel are further directed to confer either in person or by telephone prior to 6/4/02 in an effort to formulate a joint plan for the completion of discovery in this matter . ( signed by Magistrate Judge Henry B. Pitman ); Copies mailed. (kg) (Entered: 04/15/2002) |

| Date | # | Description |
|---|---|---|
| 06/12/2002 | 71 | ORDER, that all fact discovery in this matter shall be completed no later than 10/31/02; Plaintiff's production of all materials required by Rule 26(a)(2) no later than 9/30/02; Defendants production of material is required no later than 10/31/02; Dispositive motion, if any, shall be served no later than 12/31/02; The pretrial Order, along with all other pretrial submissions required, shall be filed on 1/31/02 or 30 days after the decision on any dispositive motion, whichever date is later. (signed by Judge Leonard B. Sand); Copies mailed. (tp) (Entered: 06/13/2002) |
| 12/19/2002 | 72 | ORDER, that all dates set forth in the scheduling order dated 6/4/02 are extended by sixty days, plaintiff's application for a further extension of discovery is denied, no later than 12/31/02, dft is to respond to all interrogatories set forth in plaintiff's eighth set of interrogatories, dft shall produce all documents requested in plaintiff's eithth demand for documents. (signed by Magistrate Judge Henry B. Pitman); Copies mailed by chambers. (dle) Modified on 12/23/2002 (Entered: 12/23/2002) |
| 02/20/2003 | 73 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for dispositive motion (i.e. motion requiring a report and recommendation). Referred to Magistrate Judge Henry B. Pitman. (signed by Judge Leonard B. Sand) (kw) (Entered: 02/21/2003) |
| 03/19/2003 | 74 | Memo-Endorsement on letter addressed to Judge Pitman from Henry L. Saurborn, Jr., dated 3/7/03. Granting parties briefing schedule for defendant's motion for summary judgment dated 2/28/03 as follows: plaintiff's opposition to be served by 4/4/03, and defendant's reply to be served and all papers to be filed by 4/18/03. (signed by Magistrate Judge Henry B. Pitman); (kw) (Entered: 03/20/2003) |
| 04/10/2003 | 75 | Memo-Endorsement on letter addressed to Judge Pitman from Henry L. Saurborn, Jr., dated 4/4/03. Granting plaintiff's request as follows: plaintiff's opposition will be served by 4/11/03 to defendant's motion for summary judgment; defendant's reply by 4/25/03. (signed by Magistrate Judge Henry B. Pitman); (kw) (Entered: 04/14/2003) |
| 04/25/2003 | 76 | NOTICE OF MOTION by NYC Environmental, for summary judgment pursuant to Rule 56 of the FRCP. Annexed Statement of Rule 56.1 of the Local Rules; declaration of Neil S. Rosolinsky. No Return Date. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 77 | MEMORANDUM OF LAW by NYC Environmental in support of [76-1] motion for summary judgment pursuant to Rule 56 of the FRCP. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 78 | DECLARATION of Ming Yen Hou in opposition Re: [76-1] motion for summary judgment pursuant to Rule 56 of the FRCP. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 79 | MEMORANDUM OF LAW by Ming Yen Hou in opposition to [76-1] motion for summary judgment pursuant to Rule 56 of the FRCP. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 80 | RULE 56.1 STATEMENT filed by Ming Yen Hou. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 81 | SUPPLEMENTAL DECLARATION of Neil S. Rosolinsky by NYC Environmental Re: [76-1] motion for summary judgment pursuant to Rule 56 of the FRCP. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 04/25/2003 | 82 | REPLY MEMORANDUM by NYC Environmental re: [76-1] motion for summary judgment pursuant to Rule 56 of the FRCP. (Rec. in the night deposit box). (kw) (Entered: 04/30/2003) |
| 02/24/2004 | 83 | REPORT AND RECOMMENDATIONS; that for the reasons set forth in this Report, Magistrate Judge Pitman respectfully recommend that defendant's [76] motion for summary judgment be granted in part and denied in part. Defendant's motion for summary judgment dismissing (1) all claims under the ADEA; (2) all claims under Title VII occurring prior to 1/10/1997; (3) all claims under state and city law occurring prior to 11/6/1994, and (4) claims involving denials of promotions in 2000 and 2001, should be granted. In all other respects, defendant's motion for summary judgment should be denied. Objections to R&R due by 3/5/2004 (Signed by Magistrate Judge Henry B. Pitman on 2/17/2004) Copies Mailed by Chambers.(kkc,) (Entered: 02/25/2004) |
| 02/27/2004 | 84 | MEMORANDUM OF LAW in Support of plaintiff's objection to the Report and Recommendation dated 2/17/04. Document filed by Ming Yen Hou. (jco,) (Entered: 03/02/2004) |
| 02/27/2004 | 85 | DECLARATION of MIng Yen Hou in Support of her objection to the report and recommendation dated 2/17/04. Document filed by Ming Yen Hou. (jco,) (Entered: 03/02/2004) |
| 02/27/2004 | 86 | DECLARATION of Ming Yen Hou in Support of her objection to the report and recommendation dated 2/17/04. Document filed by Ming Yen Hou. (jco,) (Entered: 03/02/2004) |
| 02/27/2004 | 87 | DECLARATION of Ming Yen Hou in Support of her objection to the report and recommendation dated 2/17/04. Document filed by Ming Yen Hou. (jco,) (Entered: 03/02/2004) |
| 02/27/2004 | 88 | MEMORANDUM OF LAW in Support of plaintiff's objection to the Report and Recommendation dated 2/17/04. Document filed by Ming Yen Hou. (jco,) (Entered: 03/02/2004) |
| 03/04/2004 | 89 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Bruce Rosenbaum dated 3/3/04 re: Granted as requested on consent. Defendant's time to file objections to Judge Pitman's Report and Recommendation is extended to 4/5/04. (Signed by Judge Leonard B. Sand on 3/3/04) Copies Mailed By Chambers.(kw,) (Entered: 03/08/2004) |
| 03/04/2004 |  | Set Deadlines/Hearings: Defendant's Objections to R&R due by 4/5/2004. (kw,) (Entered: 03/08/2004) |
| 03/30/2004 | 91 | MEMORANDUM AND ORDER, Set Deadlines/Hearing as to Objections to R&R due by 7/1/2004; the Court further order that the apllication by Plaintiffs prior counsel, that Messrs. Henry L. Saurborn, Jr. and Daniel J. Kaiser be relieved as cousnel of record for Plaintiff is granted. Outgoing counsels sole responsibility will be to deliver to plaintiff all the documents in their possession relating to this proceeding. (Signed by Judge Leonard B. Sand on 3/30/04) Copies mailed by chambers.(pl,) (Entered: 04/01/2004) |
| 03/31/2004 | 90 | ENDORSED LETTER addressed to Judge Sand from Henry L. Saurborn, Jr. dated 3/26/04 re: request that the Court consider Ms. Hou's letter dated 3/23/04, to be a motion, pursuant to Local Rule 1.4, for an Order relieving Mr. Kaiser and himself as counsel of record for Ms. Hou. Endorsement granted. (Signed by Judge Leonard B. Sand on 3/30/04) Copies mailed by Chambers.(yv,) (Entered: 03/31/2004) |
| 04/02/2004 | 92 | NOTICE of Appearance by Ming Yen Hou on behalf of Ming Yen Hou (pl,) (Entered: 04/05/2004) |
| 04/07/2004 | 93 | ENDORSED LETTER addressed to Judge Sand from Rippi Gill dated 4/2/04 re: request that the Court extend defendant's time to file objections to Judge Pitman's Report and Recommendation and to respond to plaintiff's objections until 6/4/2004. Application granted. (Signed by Judge Leonard B. Sand on 4/5/04) Copies mailed by Chambers.(yv,) (Entered: 04/08/2004) |

| Date | # | Description |
|---|---|---|
| 04/12/2004 | 94 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Henry L. Saurborn, Jr. dated 4/7/04 re: Counsel for plaintiff write in connection with an issue that has arose concerning our obligations under the Court's Order of 3/30/04, which directs we deliver to Ms. Hou all the documents in our possession relating to this matter and that the Court clarify whether or not it intended this result, or if we can still insist that Ms. Hou pay the outstanding case expenses before turning over the file. Outgoing counsel may withhold delivery of files until its unreimbursed case expenses have been paid. So Ordered. (Signed by Judge Leonard B. Sand on 4/12/04) "Copies Mailed By Chambers".(jco, ) (Entered: 04/14/2004) |
| 04/21/2004 | 95 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for specific non-dispositive motion/dispute. Fee dispute with prior counsel. Referred to Magistrate Judge Henry B. Pitman. (Signed by Judge Leonard B. Sand on 4/20/04) (dg, ) (Entered: 04/22/2004) |
| 04/30/2004 | 96 | ORDER: plaintiff's counterclaim for reimbursement of the $10,000.00 she paid for the epxert report is denied. (Signed by Judge Henry B. Pitman on 4/29/04) Copies Mailed By Chambers.(kw, ) (Entered: 05/03/2004) |
| 05/11/2004 | 97 | ENDORSEMENT: pro se plaintiff and her former counsel are directed to confer concerning former counsel's unpaid disbursements. If they cannot reach an agreement concerning the amount of the disbursements, they are directed to advise my chambers by 5/28/04 of the nature of the dispute and the amount of the dispute. I still reamin optimistic that Ms. Hou and her former counsel will be able to resolve this matter without judicial intervention. In the event they cannot, however, I shall resolve it. (Signed by Judge Henry B. Pitman on 5/5/04) Copies Mailed by Chambers.(db, ) (Entered: 05/12/2004) |
| 05/11/2004 | | Set/Reset Deadlines: Status Report due by 5/28/2004. (db, ) (Entered: 05/12/2004) |
| 06/07/2004 | 98 | Dft's Objections to the Report and Recommendation of Magistrate Judge Henry B. Pitman and response to plaintiff's objections. Document filed by New York City Department of Environmental Protection. (dle, ) (Entered: 06/07/2004) |
| 06/14/2004 | 99 | REPLY and OBJECTION'S to [83] Report and Recommendations. Document filed by Ming Yen Hou. (db, ) (Entered: 06/15/2004) |
| 06/14/2004 | 100 | Plaintiff's Necessary Corrections on Age Discrimination. OBJECTION to Magistrate Judeg Henry B. Pitman's (2/17/04) Report and Recommendations. Document filed by Ming Yen Hou. (db, ) (Entered: 06/15/2004) |
| 07/07/2004 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE PITMAN: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS DENIED. (Signed by Judge Leonard B. Sand on 7/7/2004) (jsa, ) (Entered: 07/08/2004) |
| 07/07/2004 | 101 | ORDER ADOPTING REPORT AND RECOMMENDATIONS of Magistrate Judge Pitman in their entirety and the objections filed are without merit. Parties are directed to notify the COurt in writinf on or before September 15, 2004 as to when they will be ready for trial. (Signed by Judge Leonard B. Sand on 7/7/2004) Copies mailed by Chambers.(jsa, ) (Entered: 07/08/2004) |
| 07/07/2004 | | Set Deadlines/Hearings: Status Report due by 9/15/2004. (jsa, ) (Entered: 07/08/2004) |
| 07/16/2004 | 102 | ENDORSED LETTER addressed to Judge Sand from Ming Yen Hou dated 7/9/2004 re: 3 months extension to negotiate settlement and search for an attorney. Application granted. (Signed by Judge Leonard B. Sand on 7/15/04) Copies mailed by chambers.(jsa, ) (Entered: 07/19/2004) |
| 10/19/2004 | 103 | NOTICE of Appearance by Louis C. La Pietra on behalf of Ming Yen Hou (cd, ) (Entered: 10/22/2004) |
| 11/10/2004 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Telephone Pretrial Conference held on 11/10/2004. Parties submit a status letter by 12/15/04 on whom they will be ready for trial. (pl, ) (Entered: 11/23/2004) |
| 11/10/2004 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Pretrial Telephone Conference held on 11/10/2004. Parties submit a status letter by 12/15/04 as to when they will be ready for trial. (pl, ) (Entered: 12/06/2004) |
| 11/10/2004 | | Set/Reset Scheduling Order Deadlines: Status Report due by 12/15/2004. (pl, ) (Entered: 12/06/2004) |
| 12/28/2004 | 104 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Henry B. Pitman. (Signed by Judge Leonard B. Sand on 12/20/2004) (jsa, ) (Entered: 12/29/2004) |
| 01/28/2005 | 105 | ENDORSED LETTER addressed to Magistrate Judge Henry Pitman dated 1/11/2005 from Louis C. La Pietra re: adjournment of settlement conference. until April 2005. Request denied, Mr. Carroll is not counsel of record in the case. (Signed by Judge Henry B. Pitman on 1/14/2005) (jsa, ) (Entered: 02/04/2005) |
| 02/22/2005 | 106 | NOTICE of Appearance by Ming Yen Hou on behalf of Ming Yen Hou (dle, ) (Entered: 02/28/2005) |
| 03/07/2005 | 108 | ENDORSED LETTER addressed to Judge Sand from Ms. Ming Hou dated 3/2/05: re request to adjourn trial date: no trial date has been set for this case. (Signed by Judge Leonard B. Sand on 3/7/05) (cd, ) (Entered: 03/10/2005) |
| 03/08/2005 | 107 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Rippi Gill dated 3/4/05; re: counsel for Defendant request that the settlement conference scheduled for 3/24 be rescheduled. Application denied. There is no reason to believe Plaintiff will be retaining new counsel. (Signed by Judge Henry B. Pitman on 3/4/05) (sac, ) (Entered: 03/10/2005) |
| 05/12/2005 | 109 | ORDER that the Court having been advised that settlement efforts have been discontinued, the Court hereby orders that Plntf shall inform the Court within 60 days of the date of this Order whether she has found an atty to represent her or whether she will proceed pro se. If the Court is not so informed within 60 days of the date of this Order, this action will be dismissed for lack of diligent prosecution. (Signed by Judge Leonard B. Sand on 5/12/05) copies sent by chambers.(cd, ) (Entered: 05/13/2005) |
| 05/25/2005 | 110 | NOTICE of Appearance by Susan B. Egan on behalf of Ming Yen Hou (mde, ) (Entered: 06/03/2005) |
| 06/01/2005 | 111 | NOTICE of Appearance by Susan B. Egan on behalf of Ming Yen Hou (jma, ) (Entered: 06/07/2005) |
| 09/06/2005 | 112 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Rippi Gill dated 8/25/2005 re: plaintiff's counsel's letter to the Court, dated August 13,2005, and which my office received on August 17,2005, in which plaintiff's counsel requests a status conference in the above refenced action. Plaintiff's counsel requests the conference in order to seek reconsideration bythis Court of certain portions of Magistrate Judge Pitman's Report and Recommendation ("Report"), dated February 17,2004 which was adopted in its entirerty by this Court's Order dated July 7,2004. Specifically, counsel wishesto "discuss" this Court's ruling that the plaintiff's 2000 and 2001 promotion claims be excluded from any trial of this action. Counsel further seeks to revisit the Court's ruling dismissing plaintiff's ADEA claim. Accordingly, to the extent that counsel is seeking reconsideration of Judge Pitman's Report and this Court's July 7, 2004 Order adopting the Report, such a request is untimely, and defendant respectfully requests that counsel's request be denied.ENDORSEMENT: Plaintiff's request for a conference is denied for the reasns stated by counsel for defendant. So Ordered. (Signed by Judge Leonard B. Sand on 8/28/2005) Copies Mailed By Chambers.(jmi, ) (Entered: 09/08/2005) |

| Date | Doc # | Description |
|---|---|---|
| 01/11/2006 | 113 | MOTION for Summary Judgment dismissing plaintiff's claims under the Age Discrimination in Employment Act 29 U.S.C. 621 and dismissing alll claims with respect to promotions after 1998 are "final" directing the entry of such judgments and finding that there is no just reason for delay of the appeal of such claims to the Second Circuit. Document filed by Ming Yen Hou. Return Date set for 1/21/2006 02:15 PM. (jmi, ) (Entered: 01/12/2006) |
| 01/11/2006 | 114 | MEMORANDUM OF LAW in Support of Appl;ication Under Fed.R.Civ.P. 54(b). Document filed by Ming Yen Hou. (jmi, ) (Entered: 01/12/2006) |
| 01/23/2006 | 115 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF CASE - DECLARATION of Assistant Corporation Counsel Rippi Gill in Opposition re: [114] Memorandum of Law in Support, [113] MOTION for Summary Judgment.. Document filed by New York City Department of Environmental Protection. (Gill, Rippi) Modified on 2/15/2006 (gf, ). (Entered: 01/23/2006) |
| 01/26/2006 | 116 | ENDORSEMENT: Plaintiff's motion for a certificate pursuant to Fed. R. Civ. P. 54(b) is denied. The motion made so long after the Court's order of 7/7/2004, totally misconceives of the purpose of a Rule 54(b) order which is designed to enable prompt appellate review. Plaintiff is, of course, free, if he wishes, to abandon with prejudice the claims which survive the orders of Magistrate Judge Pitman and this Court, but failing such action on the part of plaintiff, there is no reason to impose upon the defendant the potential burden of multiple trials. So Ordered. (Signed by Judge Leonard B. Sand on 1/25/2006) Copies Mailed By Chambers.(lb, ) (Entered: 01/26/2006) |
| 01/30/2006 | 117 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF CASE - REPLY AFFIDAVIT of Susan B. Egan in Support re: [113] MOTION for Summary Judgment.. Document filed by Ming Yen Hou. (Egan, Susan) Modified on 2/15/2006 (gf, ). (Entered: 01/30/2006) |
| 02/15/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Rippi Gill to MANUALLY RE-FILE Document Declaration, Document No. 115. This case is not ECF. (gf, ) (Entered: 02/15/2006) |
| 02/15/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Susan Egan to MANUALLY RE-FILE Document Reply Affidavit, Document No. 117. This case is not ECF. (gf, ) (Entered: 02/15/2006) |
| 05/16/2006 | 118 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Susan B. Egan dated 5/10/06 re: a request for an additional two weeks within which to consider settlement. ENDORSEMENT: Extension granted as requested. SO ORDERED. (Signed by Judge Leonard B. Sand on 5/15/06) (kco, ) (Entered: 05/16/2006) |
| 05/31/2006 | 119 | ENDORSED LETTER addressed to Judge Sand from Ms. Ming Yen Hou dated 5/18/06 re: plaintiff requests four months to prepare for trial; at which time will requst for otwo weeks of trial t ime, in the end of September of this year when I request to set trial date, then in 30 to 50 days the trial should start. Plaintiff's application to go forward pro se and for a trial not before the end of September is granted with out objection. Plaintiff is to advise the court and defendant by Spetember 15, 2006 when she believes she is ready to go to trial.. (Signed by Judge Leonard B. Sand on 5/31/06) (djc, ) (Entered: 05/31/2006) |
| 06/08/2006 | 120 | NOTICE OF APPEARANCE by Ming Yen Hou PRO SE. (db, ) (Entered: 06/12/2006) |
| 07/11/2006 | 121 | Plaintiff's Revised Economic Damages. Document filed by Ming Yen Hou. (djc, ) (Entered: 08/03/2006) |
| 09/08/2006 | 123 | Addendum to Plaintiff's Revised Economic Damage of July 7, 2006. Document filed by Ming Yen Hou. (djc, ) (Entered: 09/19/2006) |
| 09/19/2006 | 122 | ORDER; trial is set to begin March 26, 2007. The parties shall submit a propsed pretrial order on 3/5/2006 and a pretrial conference is set for 3/12/2007 at 9:30 a.m. (Signed by Judge Leonard B. Sand on 9/18/06) (kco, ) (Entered: 09/19/2006) |
| 09/19/2006 | | Set Deadlines/Hearings: Proposed Pretrial Order due by 3/5/2007. Ready for Trial by 3/26/2007. Pretrial Conference is set for 3/12/2007 at 9:30 AM before Judge Leonard B. Sand. (kco, ) (Entered: 09/19/2006) |
| 01/31/2007 | 124 | ORDER plaintiff and defendant are hereby directed to each submit a separate proposed pretrial order to the Court on or before March 5, 2007. Pretrial Order due by 3/5/2007. SO ORDERED. (Signed by Judge Leonard B. Sand on 1/30/2007) (jmi) (Entered: 02/01/2007) |
| 02/16/2007 | 125 | ENDORSED LETTER addressed to Judge Leonard B. Sand from Rippi Gill dated 2/13/07 re: Defendant writes to request that the due date for the Pre-Trial order be extended to April 5, 2007, and that the trial date be adjourned to April 23, 2007, or to a date that is convenient for the Court. DENIED. (Signed by Judge Leonard B. Sand on 2/15/07) (js) (Entered: 02/23/2007) |
| 03/05/2007 | 126 | DEFENDANT'S PROPOSED PRETRIAL ORDER. Document filed by Ming Yen Hou, New York City Department of Environmental Protection.(jmi) (Entered: 03/08/2007) |
| 03/12/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Interim Pretrial Conference held on 3/12/07. Parties consent that trial will proceed non-jury w/ a maximum trial time of 2 weeks, commencing 3/26/07. (ae) (Entered: 03/15/2007) |
| 03/20/2007 | 127 | ENDORSED LETTER addressed to Hon. Leonard B. Sand from Rippi Gill, Assistant Corp. Counsel dated 3/19/07 re: Request to Place Several Additional Issues Before the Court Prior to Trial. ENDORSEMENT: Referred to Magistrate Judge Pitman. (Signed by Judge Leonard B. Sand on 3/20/07) (rag) (Entered: 03/21/2007) |
| 03/22/2007 | 128 | ORDER Defendant's application for relief from my 8/20/01 Order is denied in all respects. So Ordered. (Signed by Judge Henry B. Pitman on 3/16/07) (jco) (Entered: 03/22/2007) |
| 03/26/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial begun on 3/26/2007. (ae) (Entered: 04/03/2007) |
| 03/27/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial held on 3/27/2007. (ae) (Entered: 04/03/2007) |
| 03/28/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial held on 3/28/2007. (ae) (Entered: 04/03/2007) |
| 03/29/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial held on 3/29/2007. Adjourned to 4/2/07. (ae) (Entered: 04/03/2007) |
| 04/02/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial held and concluded on 4/2/2007. Both sides will submit a post trial brief w/a copy of all exhibits referred in the post trial brief by 5/15/07. Decision reserved. (cd) (Entered: 04/11/2007) |
| 04/02/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial held on 4/2/2007. Both sides will submit a post-trial brief with a copy of all exhibit of all exhibits referred in the post trial brief by 5/15/07. Judge's decision reserved. (jeh) (Entered: 04/12/2007) |
| 04/02/2007 | | Minute Entry for proceedings held before Judge Leonard B. Sand : Bench Trial completed on 4/2/2007. (lan) (Entered: 07/03/2007) |
| 04/24/2007 | 129 | TRANSCRIPT of proceedings held on 3/12/2007 before Judge Leonard B. Sand. (jp) (Entered: 04/24/2007) |

| Date | # | Description |
|---|---|---|
| 04/26/2007 | 130 | TRANSCRIPT of proceedings held on 4/2/2007 before Judge Leonard B. Sand. (jp) (Entered: 04/26/2007) |
| 04/27/2007 | 131 | TRANSCRIPT of proceedings held on 3/26/2007 before Judge Leonard B. Sand. (jp) (Entered: 04/27/2007) |
| 04/27/2007 | 132 | TRANSCRIPT of proceedings held on 4/2/2007 before Judge Leonard B. Sand. (jp) (Entered: 04/27/2007) |
| 05/14/2007 | 133 | POST TRIAL BRIEF. Document filed by Ming Yen Hou.(tro) (Entered: 05/15/2007) |
| 05/17/2007 | 134 | Plaintiff's Supplemental Post Trial BRIEF. Document filed by Ming Yen Hou.(djc) (Entered: 05/18/2007) |
| 05/21/2007 | 135 | REPLY in Opposition to Defts. Fradulent Claim to Omit two denials of promotions in 1998, which were not taken out by Judge H. Pitman's Report and Recommendation. Document filed by Ming Yen Hou. (tro) (Entered: 05/24/2007) |
| 06/04/2007 | 136 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on March 28, 2007 at 10:00 A.M. before Judge Leonard B. Sand. (tp) (Entered: 06/04/2007) |
| 06/04/2007 | 137 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on March 27, 2007 at 10:20 A.M. before Judge Leonard B. Sand. (tp) Modified on 6/4/2007 (tp). (Entered: 06/04/2007) |
| 06/04/2007 | 138 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on March 26, 2007 at 10:00 A.M. before Judge Leonard B. Sand. (tp) Modified on 6/4/2007 (tp). (Entered: 06/04/2007) |
| 06/08/2007 | 139 | TRANSCRIPT *(DUPLICATE ORIGINAL)* of proceedings held on March 29, 2007 at 10:00 AM before Judge Leonard B. Sand. (tp) (Entered: 06/08/2007) |
| 06/19/2007 | 140 | OPINION # 94807: the history of plaintiff's experience at DEP is a sad story. It is very much regretted that for reasons stated above so much time has elapsed since the complaint was first filed and trial. The Court is satisfied that plaintiff has been given every reasonable opportunity to seek to prove that everything that happened to her at DEP that was not to her liking was the result of racial and ethnic discrimination. The Court has considered all of plaintiff's many complaints and finds that she has failed to furnish any convincing evidence that they resulted from discrimination. The Court finds that after a trial, Plaintiff has woefully failed to present any evidence in support of her claims of discrimination or retaliation. Judgment shall enter for the defendant. (Signed by Judge Leonard B. Sand on 6/19/07) Copies Mailed By Chambers.(kco) Modified on 6/21/2007 (rw). (Entered: 06/20/2007) |
| 06/20/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 140 Memorandum & Opinion, to the Judgments and Orders Clerk. (kco) (Entered: 06/20/2007) |
| 07/02/2007 | 141 | JUDGMENT in favor of New York City Department of Environmental Protection against Ming Yen Hou that the case is dismissed. (Signed by Judge Leonard B. Sand on 6/22/07) (jf) (Entered: 07/02/2007) |
| 07/13/2007 | 142 | NOTICE OF APPEAL from [141] Judgment. Document filed by Ming Yen Hou. Filing fee $ 455.00, receipt number E 620643. Copies sent to attorney(s) of record: Corporation Counsel. (tp) (Entered: 07/23/2007) |
| 07/23/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [142] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 | | Transmission of Notice of Appeal to the District Judge re: [142] Notice of Appeal. (tp) (Entered: 07/23/2007) |